# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OLIVERO OCHOA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 20-cv-2135 |
| ) | |
| CHAD KOLITWENZEW, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Interested Party. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

As orally ordered in the hearing today in this matter, Petitioner's Petition for Writ of Habeas Corpus [1] is GRANTED pursuant to 28 U.S.C. § 2241(c)(3). Respondent, as well as interested party United States and the U.S. Immigration and Customs Enforcement (ICE), shall IMMEDIATELY RELEASE Petitioner Ochoa from custody pursuant to conditions of confinement that will be stipulated by the parties that shall include

that: (1) Petitioner must self-quarantine, including from others in his home, for fourteen (14) days; and (2) that he be transported from the facility to his brother's residence by a person wearing protective equipment to include surgical or cloth masks and/or N95 masks if available, and in a vehicle that allows for social distancing with Petitioner riding in the back of the vehicle with windows open. Additionally, the Court orders Jerome Combs Detention Center to provide Petitioner with his prescriptions that are available at this time.

     Should Petitioner violate his release conditions, ICE is permitted to take Petitioner back into custody without first notifying the Court.  This Order also does not prevent ICE from requiring Petitioner to surrender for removal from the United States after entry of a final, non-appealable order for removal.  Except as noted, ICE is not permitted to re-detain Petitioner during the pendency of the COVID-19 pandemic.  If, at a later date, the parties are not in agreement about the end date of the pandemic, they may request further action by this Court.

Petitioner's request for costs and attorneys' fees is DENIED WITHOUT PREJUDICE and with leave to refile within twenty-one (21) days.  The Government may file a response within fourteen (14) days after service of the motion.  The Government and the U.S. Immigration and Customs Enforcement are DIRECTED to IMMEDIATELY notify Jerome Combs Detention Center of this Order.  Written opinion and findings to follow.

ENTER: May 28, 2020

s/ Sue E. Myerscough

SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE